**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| LEYDA L. GÓMEZ-LEBRÓN,<br><br>**Petitioner,**<br><br>**v.**<br><br>NATALIA FIGUEROA, *et al.*,<br><br>**Respondents.** | **Civil No.** 26-1416 (FAB) |

## JUDGMENT

In accordance with the order entered today (Docket No. 10), this case is **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 18, 2026.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE